**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**KEDRICK JOHNSON (#481715)**

**CIVIL ACTION**

**VERSUS**

**NO. 18-813-JWD-SDJ**

**DARREL VANNOY, ET AL.**

**OPINION**

The Court has reviewed the entire record in this case, including the Magistrate Judge's Report dated December 20, 2020 (Doc. 44). The Court notes that an Opposition to the Motion for Summary Judgment (Doc. 45) was filed that does not present any competent summary judgment evidence with regards to the plaintiff's claim against Dr. Lavespere for failure to provide him with replacement knee braces, which is the only remaining claim. While the plaintiff alludes to missing medical records, he does not provide any details as to what these missing records would have shown. Further, his pleading is not a sworn declaration and even if he were to provide the proper declaration his response fails to show that there is a genuine disputed issue for trial. Therefore, the Court overrules the objection Kendrick Johnson (Doc. 44) and for the reasons set forth in the Magistrate Judge's Report (Doc. 44);

**IT IS ORDERED** that the defendant's Motion for Summary Judgment (Doc. 43) is granted and that the plaintiff's action shall be dismissed, with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>January 29, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**